IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN K. VINING and LINDA VINING<br><br>      Plaintiffs,<br><br>      v.<br><br>NINEBOT U.S., INC., SEGWAY, INC. and<br>JOHN DOE CORPORATION 1-3<br><br>      Defendants. | )<br>)<br>)<br>)  2:22-cv-03105-JLG-CMV<br>)<br>)  *Electronically Filed*<br>)<br>)<br>)<br>) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SEGWAY, INC.
TO PLEAD, MOVE OR OTHERWISE RESPOND
TO PLAINTIFFS' AMENDED COMPLAINT**

      Pursuant to S.D. Ohio Civ. R. 6.1, Plaintiffs John K. Vining and Linda Vining and Defendant Segway, Inc. stipulate to a 21 day extension of time from September 20, 2022 (current due date) until October 11, 2022 for Defendant Segway, Inc. to plead, move or otherwise respond to Plaintiffs' Amended Complaint (ECF Doc. 5).  The new date for response agreed to by the parties and no prior stipulated extensions to that party exceed a total of twenty-one days.

      Respectfully submitted,

| | |
|---|---|
| */s/ William J. Prince*<br>William J. Price<br>Ohio I.D. 0071307<br>Email:  wprice@elkandelk.com<br>Elk & Elk Co., Ltd.<br>6105 Parkland Boulevard<br>Mayfield Heights, OH 44124<br>Telephone:  (440) 442-6677<br>Fax: (440) 442-7944<br>*Counsel for Plaintiffs, John K. Vining and Linda Vining* | */s/ Joseph F. Butcher*<br>Joseph F. Butcher<br>Ohio I.D. 0098492<br>E-Mail: butcher@zklaw.com<br>Zimmer Kunz PLLC<br>310 Grant Street, Suite 3000<br>The Grant Building<br>Pittsburgh PA, 15219<br>Tel: (412) 434-5449 (Direct Dial)<br>Fax: (412) 281-1765<br>*Attorney for Defendant Segway, Inc.* |

02369509.DOCX 9278-0000