IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John K. Vining, LLC, *et al.*,

       Plaintiffs,

  v.

Ninebot Technologt Co., Ltd., *et al.*,

       Defendants.

Case No. 2:22-cv-3105
Judge James L. Graham
Magistrate Judge Vascura

<u>Order</u>

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 32).  There being no objections, the Report and Recommendation is hereby adopted, and the claims against defendant John Doe Corporation 1–3 are dismissed without prejudice for failure to effect service of process under Fed. R. Civ. P. 4(m).

                                        <u>s/ James L. Graham</u>
                                        JAMES L. GRAHAM
                                        United States District Judge

DATE: May 5, 2023